UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OIL STATES INTERNATIONAL, INC.      CIVIL ACTION

VERSUS     NO. 22-2437

SCOTT P. RICHARD     SECTION "R" (1)

## ORDER

On March 2, 2023, plaintiff Oil States International, Inc. filed an unopposed motion for attorney's fees, seeking a total of $17,107.00 in fees and costs.[1] On July 6, 2023, Magistrate Judge Janis van Meerveld issued a Report and Recommendation ("R&R"), recommending that the Court grant plaintiff's motion and award attorney's fees and costs in the amount of $17,107.00.[2]

No party objected to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

---

[1]     R. Doc. 13.
[2]     R. Doc. 35.

Accordingly, the Court adopts Magistrate Judge van Meerveld's R&R as its opinion. Plaintiff's motion for attorney's fees[3] is GRANTED. The Court awards plaintiff Oil States International, Inc. a total of $17,107.00 in attorney's fees and costs.

New Orleans, Louisiana, this __28th__ day of July, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[3]   R. Doc. 32.